## GASKI REALTY, INC. *v.* ADAM GASKI
### (16054)

Dupont, C. J., and Landau and Schaller, Js.

Submitted on briefs March 24—officially released April 22, 1997

Per Curiam. The judgment is affirmed.